| | |
|---|---|
| 1 | DANIEL BOGDEN<br>United States Attorney |
| 2 | MICHAEL CHU<br>Assistant United States Attorney |
| 3 | 333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101 |
| 4 | (702) 388-6336 |

United States District Court

District of Nevada

| | | |
|---|---|---|
| United States of America,<br>  Plaintiff,<br><br>v.<br><br>John Kane and<br>Andre Nestor,<br>  Defendants. | | Case No. 2:11-cr-22-MMD-GWF<br><br>**The United States' Motion to Dismiss<br>Counts 2 & 3 of the Indictment** |

The United States of America, by and through the undersigned attorneys, hereby moves this Court to dismiss Counts 2 and 3 of the Indictment (Dkt #12).

Dated: May 6, 2013.

                                            Respectfully submitted,

                                            DANIEL BOGDEN<br>
                                            United States Attorney

                                            /s/

                                            Michael Chu<br>
                                            Assistant U.S. Attorney

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>John Kane and<br>Andre Nestor,<br>    Defendants. | Case No. 2:11-cr-22-MMD-GWF<br><br>**Order Granting**<br>**The United States' Motion to Dismiss**<br>**Counts 2 & 3 of the Indictment** |

**Order**

Based on the United States' motion to dismiss Counts 2 and 3 of the Indictment (Dkt #12), and good cause appearing therefore, it is hereby ORDERED that the motion is GRANTED, and that Counts 2 and 3 of the Indictment are dismissed.

Dated this 6th day of May, 2013.

_____
United States District Court Judge